FILED
CLERK, U.S. DISTRICT COURT

APR 1 8 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No. 2:14-CR-692-R
                                 )
              Plaintiff,         )   ORDER OF DETENTION AFTER HEARING
                                 )     (Fed.R.Crim.P. 32.1(a)(6)
       v.                        )       18 U.S.C. § 3143(a)
                                 )     Allegations of Violations of
Adrian Avelar,                   )     Probation/Supervised Release
                                 )             Conditions)
              Defendant.         )
_____)

On arrest warrant issued by the United States District Court for

the _____CDCA_____ involving alleged violations of

conditions of probation/supervised release:

1.    The court finds that no condition or combination of

      conditions will reasonably assure:

      A.    (✓) the appearance of defendant as required; and/or

      B.    (✓) the safety of any person or the community.

///
///
///
///
///

2.    The Court concludes:

A.    ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B.    ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on:  _____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED:  4/18/18  _____

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2